U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

SEP 15 2010

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 5:10CR50108-001 |
| ) | 18 U.S.C. § 2251(a) and (e) |
| ) | 18 U.S.C. § 2252(a)(2) |
| v. ) | 18 U.S.C. § 2252(b)(1) |
| ) | 18 U.S.C. § 2256 |
| ) | 18 U.S.C. § 2256(8) |
| ) | 18 U.S.C. § 2252A(a)(5)(B) |
| WILLIAM CANNON ) | 18 U.S.C. § 2252A(b)(2) |

## REDACTED INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or about November 16, 2005, in the Western District of Arkansas, Fayetteville Division, the defendant, **WILLIAM CANNON**, used, persuaded, induced, enticed, and coerced a minor, namely "Jane Doe," with the intent that "Jane Doe" engage in sexually explicit conduct as that term is defined in Title 18, United States Code, Section 2256, for the purpose of producing a visual depiction of such conduct, namely "a JVC brand mini-DV cassette time stamped 12:58AM" and that visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means; all in violation of Title 18, United States Code, Sections 2251(a) and (e).

### COUNT TWO

On or about November 16, 2005, in the Western District of Arkansas, Fayetteville Division, the defendant, **WILLIAM CANNON**, used, persuaded, induced, enticed, and coerced a minor, namely "Jane Doe," with the intent that "Jane Doe" engage in sexually explicit conduct as that term

is defined in Title 18, United States Code, Section 2256, for the purpose of producing a visual depiction of such conduct, namely "a JVC brand mini-DV cassette time stamped 8:41AM" and that visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means; all in violation of Title 18, United States Code, Sections 2251(a) and (e).

### COUNT THREE

On or about June 13, 2010, in the Western District of Arkansas, Fayetteville Division, the defendant, **WILLIAM CANNON**, knowingly received a visual depiction namely "f2.jpg" that had been mailed and shipped and transported in interstate and foreign commerce and which contained materials that had been mailed and shipped and transported by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct as that term is defined in Title 18, United States Code, Section 2256, and the visual depiction was of such conduct, and attempted to do so; all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

### COUNT FOUR

On or about May 30, 2010, in the Western District of Arkansas, Fayetteville Division, the defendant, **WILLIAM CANNON**, knowingly received a visual depiction namely "12000000.jpg" that had been mailed and shipped and transported in interstate and foreign commerce and which contained materials that had been mailed and shipped and transported by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct as that term is defined in Title 18, United States Code, Section 2256, and

the visual depiction was of such conduct, and attempted to do so; all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

### COUNT FIVE

On or about June 14, 2010, in the Western District of Arkansas, Fayetteville Division, the defendant, **WILLIAM CANNON**, knowingly received a visual depiction namely "18.jpg" that had been mailed and shipped and transported in interstate and foreign commerce and which contained materials that had been mailed and shipped and transported by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct as that term is defined in Title 18, United States Code, Section 2256, and the visual depiction was of such conduct, and attempted to do so; all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

### COUNT SIX

On or about June 14, 2010, in the Western District of Arkansas, Fayetteville Division, the defendant, **WILLIAM CANNON**, knowingly received a visual depiction namely "10.jpg" that had been mailed and shipped and transported in interstate and foreign commerce and which contained materials that had been mailed and shipped and transported by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct as that term is defined in Title 18, United States Code, Section 2256, and the visual depiction was of such conduct, and attempted to do so; all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT SEVEN

On or about June 27, 2010, in the Western District of Arkansas, Fayetteville Division, the defendant, **WILLIAM CANNON**, knowingly received a visual depiction namely "1_2.jpg" that had been mailed and shipped and transported in interstate and foreign commerce and which contained materials that had been mailed and shipped and transported by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct as that term is defined in Title 18, United States Code, Section 2256, and the visual depiction was of such conduct, and attempted to do so; all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT EIGHT

On or about July 14, 2010, in the Western District of Arkansas, Fayetteville Division, the defendant, **WILLIAM CANNON**, knowingly possessed an "Asus EEE PC Netbook computer," serial number 9b0aas236132, that contained a Seagate brand 160 gigabyte SATA hard drive, serial number "5xt0fy54" that contained images of child pornography, as that term is defined in Title 18, United States Code, Section 2256(8), that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, and attempted to do so; all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

A True Bill.

/s/ *Grand Jury Foreperson*
Foreperson

DEBORAH GROOM
UNITED STATES ATTORNEY

By: _____
Dustin S. Roberts
Assistant U. S. Attorney
Arkansas Bar No. 2005185
P. O. Box 1524
Fort Smith, AR 72902
479-783-5125