IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 5:10CR50108 |
| | ) | |
| WILLIAM CANNON | ) | |

## NOTICE OF GOVERNMENT'S RESPONSE TO DISCOVERY REQUEST AND GOVERNMENT'S REQUEST FOR DISCOVERY

COMES NOW the United States, by and through Assistant U.S. Attorney Dustin S. Roberts, and by notice of this pleading acknowledges its discovery obligations pursuant to Fed. R. Crim. P. 16, and the Pretrial Scheduling Order. The United States will provide *Jencks Act* material and *Giglio* material no later than the day before trial in this matter.

The United States requests that the defendant provide the government with all materials subject to discovery pursuant to Fed. R. Crim. P. 16 and the Pretrial Scheduling Order.

                                  Respectfully submitted,

                                  DEBORAH GROOM
                                  UNITED STATES ATTORNEY

By:   */s/ Dustin S. Roberts*
         Dustin S. Roberts
         Assistant U.S. Attorney
         Arkansas Bar No. 2005185
         414 Parker Avenue
         Fort Smith, AR  72902
         (479) 783-5125

## CERTIFICATE OF SERVICE

      I, Dustin S. Roberts, Assistant U.S. Attorney for the Western District of Arkansas, hereby certify that a true and correct copy of the foregoing pleading was sent electronically this 8th day of October, 2010, to:

James B. Pierce
Asst. Federal Public Defender

                                  */s/ Dustin S. Roberts*
                                  Assistant U.S. Attorney